

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2015

No. 04-15-00378-CR

Edward John **MORENO,** Jr.,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 441613
The Honorable Tommy Stolhandske, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is GRANTED. The appellant's brief is due on October 21, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court